**1**

Will Ed CRAIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. October 23, 1924.) No. 2294. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. Bonham, Price & Poag, of Greenville, S. C., for plaintiff in error. Joseph A. Tolbert, U. S. Atty., of Greenville, S. C.

PER CURIAM. Motion of defendant in error to dismiss writ of error for failure to print transcript of record, as required by section 4 of rule 23, filed in open court before WOODS, WADDILL, and ROSE, Circuit Judges. Order dismissing writ of error filed.

---

**2**

Jacob CRON, Plaintiff in Error (Defendant Below), v. Eda GROTJAN, as Administratrix of the Goods, Chattels, and Credits of the Estate of Charles Grotjan, deceased, Defendant in Error (Plaintiff Below). (Circuit Court of Appeals, Second Circuit. February 16, 1925.) No. 195. In Error to the District Court of the United States for the Eastern District of New York. Robert H. Carlton, for plaintiff in error. Humphrey J. Lynch, of New York City, for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**3**

Robert J. DELAHUNT, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Seventh Circuit. May 13, 1925.) No. 3498. In Error to the District Court of the United States for the Western District of Wisconsin. Stanley M. Ryan, of Janesville, Wis., for defendant. Before ALSCHULER, PAGE, and ANDERSON, Circuit Judges.

PER CURIAM. Plaintiff in error was convicted and sentenced upon an indictment charging possession of intoxicating liquor in violation of the National Prohibition Act. His attack on the judgment centers upon the alleged unlawful search without warrant, and seizure of certain kegs of beer in an automobile of which plaintiff in error was in possession, the specific errors relied on being the denial of his motion for a return of the seized beer, and the admission of evidence obtained through the search and seizure. Brief for plaintiff in error was filed before the decision was handed down by the United States Supreme Court in Carroll and Kiro v. United States, 45 S. Ct. 280, 69 L. Ed. —, decided March 2, 1925, whereby it was definitely settled that, where officers have reasonable ground to believe that an automobile or other conveyance contains contraband liquor, they may lawfully stop and search the conveyance, and seize any such liquor so found therein. There thus remains here only the question whether the record discloses facts wherefrom the officers had reasonable ground to believe that plaintiff in error had in his possession in this automobile such liquor. It will hardly be controverted that the record is fairly alive with facts and circumstances abundantly showing reasonable ground for the belief that this automobile did then contain unlawful liquor, as the search disclosed. In this state of the record the judgment must be, and it is, affirmed.

---

**4**

John DOBRINICH, Appellant, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 24, 1925.) No. 6943. Appeal from the District Court of the United States for the Eastern District of Missouri. Willis H. Clark, of St. Louis, Mo., for appellant. Carroll W. Harlan, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

---

**5**

William H. EDWARDS, Collector of Internal Revenue, Second New York District. Plaintiff in Error (Defendant Below), v. CHILE COPPER COMPANY, Defendant in Error (Plaintiff Below). (Circuit Court of Appeals, Second Circuit. February 16, 1925.) No. 177. In Error to the District Court of the United States for the Southern District of New York. William Hayward, U. S. Atty., of New York City (Thomas J. Crawford, Asst. U. S. Atty., of New York City, of counsel), for plaintiff in error. Root, Clark, Buckner & Howland, of New York City (Arthur A. Ballantine, Carroll A. Wilson, and George E. Cleary, all of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed, on the opinion of Judge Learned Hand in the court below (294 F. 581).